

**MAG. DOLINGER**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FIREMAN'S FUND INSURANCE COMPANY,
as subrogee of Evergreene Painting Studios, Inc.

                              Plaintiff,

-v-

450 WEST 31st STREET OWNERS CORP.,
RENOVATIONS MECHANICAL CONTRACTING
INCORPORATED, TPC II CONTRACTORS, INC.,
METROMOTION PRODUCTIONS, INC. and
DAYLIGHT STUDIOS, L.L.C.

                              Defendants.

CASE NUMBER:

RECEIVED JUN 12 2008 U.S.D.C. S.D.N.Y. CASHIERS

RULE 7.1 STATEMENT

Pursuant to the Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Fireman's Fund Insurance Company</u> (a non-governmental party), certifies that the following is the corporate parent of said party, which is publicly held.

                              **ALLIANZ OF AMERICA, INC. (PARENT COMPANY)**

    SEE ATTACHED

Date: <u>June 5, 2008</u>

                              Robert W. Phelan, Esquire
                              COZEN O'CONNOR
                              45 Broadway Atrium, 16th Floor
                              New York, NY 10006
                              212-509-9400

                              Attorney Bar Code: <u>RP3825</u>

FIREMAN'S FUND INSURANCE COMPANI

| Profitability | | | Leverage | | Liquidity | |
|---|---|---|---|---|---|---|
| Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 5.9 | ... | 9.2 | ... | 0.2 | 754.8 | 487.0 |
| 4.7 | ... | 8.4 | ... | 0.1 | 999.9 | 35.8 |
| 2.1 | ... | 6.4 | ... | 0.0 | 999.9 | 106.5 |
| 2.8 | ... | 7.0 | ... | 0.1 | 844.0 | 221.6 |
| 4.0 | ... | 5.4 | ... | 0.1 | 999.9 | -99.9 |
| 3.9 | 0.0 | ... | ... | ... | ... | ... |

...ted within all tables of this report has been compiled from the company-filed ...ent. Within several financial tables of this report, this company is compared ...mercial Casualty Composite.

## BUSINESS REVIEW

...tailed discussion of business review, refer to the report of Fireman's ...ance Companies.

**Premium Writings By Product Lines:** Direct Premiums written at ... end totaled ($000) $16,652, and were distributed as follows: Oth ...; $8,237; Homeowners, $6,248; Inland Marine, $1,150; Prod Liab ...; All Other, $21.

...005 Direct Premium Writings by State ($000): New Jersey, ... (100.0%).

## CAPITALIZATION

... detailed discussion of capitalization, refer to the report of Fireman's ...ance Companies.

## HISTORY

...ompany was incorporated under the laws of New Jersey on October ... and began business on May 18, 1984. Paid up capital of $3,500,000, ... of 35,000 shares at $100 par value each. The company has 35,000 ...d shares.

## MANAGEMENT

...ompany was a wholly-owned subsidiary of National Surety ...tion, a subsidiary of Fireman's Fund Insurance Company. On June 28, ...oth Fireman's Fund Indemnity Corporation and Parkway Insurance ...any (formerly Fireman's Fund Insurance Company of New Jersey) ...e wholly-owned subsidiaries of Fireman's Fund Insurance Company. ...te financial control of the latter now resides with Allianz Global Risks ...urance Company (formerly Allianz Insurance Company), an indirect ...iary of Allianz AG, Munich, Germany.

...ers: Chairman, President and Chief Executive Officer, Joseph J. ...ducci; Executive Vice President and Chief Financial Officer, Jill E. ...son; Senior Vice President, Secretary and General Counsel, Janet S. ...hamer; Senior Vice President and Treasurer, Linda E. Wright; Senior ... President and Controller, Louise Jordan.

...ectors: Joseph J. Beneducci, Janet S. Kloenhamer, Jill E. Paterson, ...am M. Savino, Patrick J. Thomas, Linda E. Wright.

## REGULATORY

...n examination of the financial condition was made as of December 31, ... by the Insurance Department of New Jersey. The 2005 annual ...pendent audit of the company was conducted by KPMG, LLP. The annual ...ment of actuarial opinion is provided by David R. Heyman, Vice ...dent and Actuary, Fireman's Fund Insurance Company.

...ritory: The company is licensed in New Jersey.

## REINSURANCE PROGRAMS

... a detailed discussion of reinsurance, refer to the report of Fireman's ...d Insurance Companies.

## BALANCE SHEET

### ADMITTED ASSETS ($000)

| | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---|---|---|---|
| Bonds | 11,610 | 9,848 | 87.4 | 74.5 |
| Cash & short-term invest | ... | 1,250 | ... | 9.5 |
| Other non-affil inv asset | 650 | 817 | 4.9 | 6.2 |
| Total invested assets | 12,260 | 11,914 | 92.3 | 90.2 |
| Accrued interest | 84 | 77 | 0.6 | 0.6 |
| All other assets | 941 | 1,221 | 7.1 | 9.2 |
| Total assets | 13,285 | 13,212 | 100.0 | 100.0 |

### LIABILITIES & SURPLUS ($000)

| | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---|---|---|---|
| All other liabilities | 1,314 | 1,565 | 9.9 | ... |
| Total liabilities | 1,314 | 1,565 | 9.9 | ... |
| Capital & assigned surplus | 5,125 | 5,125 | 38.6 | 3... |
| Unassigned surplus | 6,846 | 6,522 | 51.5 | 4... |
| Total policyholders' surplus | 11,971 | 11,647 | 90.1 | 8... |
| Total liabilities & surplus | 13,285 | 13,212 | 100.0 | 10... |

### SUMMARY OF 2005 OPERATIONS ($000)

| Statement of Income | 12/31/05 | Funds Provided from Operations | 12/31/... |
|---|---|---|---|
| Premiums earned | ... | Premiums collected | -3... |
| Losses incurred | ... | Benefit & loss related pmts | -1... |
| Undrw expenses incurred | -42 | LAE & undrw expenses paid | -1... |
| Net investment income | 477 | Investment income | 5... |
| Realized capital gains | -18 | | |
| Income taxes incurred | 181 | Income taxes pd (recov) | 1... |
| Net income | 319 | Net oper cash flow | 3... |

---

**Allianz of America, Inc**
## FIREMAN'S FUND INSURANCE COMPANIES
777 San Marin Drive, Novato, CA 94998
Web: www.the-fund.com
Tel: 415-899-2000                                   Fax: 415-899-360...
AMB#: 00034

### BEST'S RATING

Based on our opinion of the group's Financial Strength, it is assigned Best's Rating of A (Excellent). The group's Financial Size Category i... Class XV. Refer to the Preface for a complete explanation of Best's Ratin... system and procedure.

### RATING UNIT MEMBERS

Fireman's Fund Insurance Companies                  (AMB# 00034):

| AMB# | COMPANY | RATING | | POOL% |
|---|---|---|---|---|
| 02179 | Fireman's Fund Insurance Co | A | p | 75.00 |
| 02177 | American Insurance Company | A | p | 11.50 |
| 02182 | National Surety Corporation | A | p | 4.00 |
| 02267 | Interstate Fire & Casualty Co | A | p | 3.50 |
| 02176 | American Automobile Ins Co | A | p | 2.50 |
| 02266 | Chicago Insurance Company | A | p | 1.50 |
| 02178 | Associated Indemnity Corp | A | p | 1.00 |
| 02268 | Interstate Indemnity Company | A | p | 0.80 |
| 02843 | Fireman's Fund Ins Co of OH | A | p | 0.20 |
| 03586 | American Standard Lloyds | A | r | |
| 03682 | Fireman's Fund Cnty Mut Ins Co | A | r | |
| 01892 | Fireman's Fund Indemnity Corp | A | r | |
| 02616 | Fireman's Fund Ins Co of GA | A | r | |
| 02717 | Fireman's Fund Ins Co of HI | A | r | |
| 02824 | Fireman's Fund Ins Co of LA | A | r | |
| 11262 | Fireman's Fund Ins Co of MO | A | r | |
| 11219 | Midway Ins Co of Illinois | A | r | |

### RATING RATIONALE

**Rating Rationale:** The rating applies to Fireman's Fund Insurance Compan... ("FFIC") and its 9 pooling and 8 reinsured affiliates. The rating reflect... FFIC's (subsidiary of Allianz Aktiengesellschaft ("Allianz"), Munich Germany) strategic importance within Allianz's global insurance operation... as demonstrated through the parent's historical financial support an... commitment to FFIC. Given the challenges encountered by FFIC in the earlie... part of the past five years, the parental commitment is paramount to th... company's current rating which takes into consideration both past and futur... support. The rating also considers the recent profitability reported in each o... the last two years. These positive rating factors are offset by the group's poo... operating results in the earlier half of the period, that culminated in 2002 wit... the emergence of approximately $1.0 billion in prior year loss reserv... development, including Asbestos and Environmental (A&E) reserves. I... 2002 and prior, net investment income could not cover underwriting losses which generated significant operating losses.

The group has benefited from significant capital and reinsurance suppor... provided by Allianz, through reinsurance for its asbestos and environmenta... reserves as well as Keep Well Agreements, which protects against adverse los...

2006 BEST'S INSURANCE REPORTS—PROPERTY/CASUALTY

*To view a company's complete **BEST'S COMPANY REPORT**,*
*refer to **BEST'S INSURANCE REPORTS** on CD-ROM,*
*or go online at www.ambest.com/bir*

1551