UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

----------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY,
As subrogee of Evergreene Painting Studios, Inc.

              Plaintiff,

              Civil Action Number:
              08-cv-5365

-against-

450 WEST 31ST STREET OWNERS CORP.,
RENOVATIONS MECHANICAL CONTRACTING
INCORPORATED, TPC II CONTRACTORS, INC.,
METROMOTION PRODUCTIONS, INC. and
DAYLIGHT STUDIOS, L.L.C.

              STIPULATION EXTENDING
              TIME TO ANSWER

              Defendants.

----------------------------------------X

IT IS HEREBY STIPULATED, that the time for defendant, 450 WEST 31ST STREET OWNERS CORP., to serve an Answer to the Complaint, to amend or to supplement the Answer as of course, or to make any motion with relation to the Summons or to the Complaint, or to otherwise appear, hereby is extended to and including the 1st day of August, 2008.

SPEYER & PERLBERG, LLP
Attorneys for Defendant
450 WEST 31ST STREET OWNERS CORP.

By: ~~Dennis M. Perlberg~~ Gina M. Fortunato
115 Broadhollow Road Suite 250
Melville, New York 11747
(631) 673-6670
File No.: 08- DMP

COZEN O'CONNOR
Attorneys for Plaintiff

By: Robert W. Phelan, Esq.
45 Broadway Atrium, 16th Floor
New York, New York 10006
(212) 509-9400

SO ORDERED

_____
Colleen McMahon