UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 cv 5365

FIREMAN'S FUND INSURANCE COMPANY AS SUBROGEE OF EVERGREENE PAINTING STUDIOS, INC.

, Plaintiff(s)

- against -

450 WEST 31ST STREET OWNERS CORP., RENOVATIONS MECHANICAL CONTRACTING INCORPORATED, TCP 11 CONTRACTORS, INC., METROMOTION PRODUCTIONS, INC. AND DAYLIGHT STUDIOS, LLC

, Defendant(s)

State of New York }
                  } SS.:
County of New York }

## AFFIDAVIT OF SERVICE

Carlos Pichardo being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 06/23/2008 at 3:25 PM at:
METROMOTION PRODUCTIONS, INC.
450 WEST 31ST STREET
8TH FLOOR
NEW YORK NY 10001
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURRY TRIAL DEMANDED
RULE 7.1 STATEMENT
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
ELECTRONIC CASE FILING RULES & INSTRUCTIONS

on METROMOTION PRODUCTIONS, INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Mac Chanti
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Producer and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 38   HEIGHT: 5'6''   WEIGHT: 180   HAIR: BROWN   RACE: RED   SEX: MALE

*Carlos Pichardo*
Carlos Pichardo    Lic. #1273833

OUR DOC# 21467
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
210275

SWORN TO BEFORE ME  6/24/08

GONZALES/VARIELA
Notary Public, State of New York
No #: 01GO6175217
Qualified in Bronx County
Commission Expires 10/09/20 11