UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 cv 5365

FIREMAN'S FUND INSURANCE COMPANY AS SUBROGEE OF EVERGREENE PAINTING STUDIOS, INC.

, Plaintiff(s)

- against -

450 WEST 31ST STREET OWNERS CORP., RENOVATIONS MECHANICAL CONTRACTING INCORPORATED, TCP II CONTRACTORS, INC., METROMOTION PRODUCTIONS, INC. AND DAYLIGHT STUDIOS, LLC

, Defendant(s)

State of New York    )
                     ) SS.:
County of Nassau     )

AFFIDAVIT OF SERVICE

Lauren Eisenberg being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 06/25/2008 at 12:03 PM at:

TPC II CONTRACTORS, INC.
140 35TH STREET

BROOKLYN NY 11232

Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURY TRIAL DEMANDED
RULE 7.1 STATEMENT
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE
ELECTRONIC CASE FILING RULES & INSTRUCTIONS

on TPC II CONTRACTORS, INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Grichelle B. (refused last name) personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Receptionist Authorized by Joe Lacotta and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 45   HEIGHT: 5'7''   WEIGHT: 200   HAIR: BROWN   RACE: WHITE   SEX: FEMALE
OTHER: Glasses

SWORN TO BEFORE ME 7/2/08

MARK C. EISENBERG
Notary Public, State Of New York
No. 01EI4958991
Qualified In Nassau County
Commission Expires November 20, 2009

Lauren Eisenberg    Lic. #1219283

OUR DOC# 21469
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
210275