AO 440 (Rev. 5/85) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

FIREMAN'S FUND INSURANCE COMPANY,
as subrogee of Evergreene Painting Studios, Inc.
                    Plaintiff,

-v-

450 WEST 31st STREET OWNERS CORP.,
RENOVATIONS MECHANICAL CONTRACTING
INCORPORATED, TPC II CONTRACTORS, INC.,
METROMOTION PRODUCTIONS, INC. and
DAYLIGHT STUDIOS, L.L.C.
                    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5365

JUDGE McMAHON

TO: (Name and Address of Defendant)

**RENOVATIONS MECHANICAL CONTRACTING INCORPORATED**
**111 Elmwood Avenue**
**Langhorne, PA 19047**

**YOU ARE HEREBY SUMMONED** and required and serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert W. Phelan, Esquire
COZEN O'CONNOR
45 Broadway Atrium, 16th Floor
New York, New York 10006
212-509-9400

an answer to the complaint which is served upon you with this summons, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable time after service.

JUN 1 2 2008

J. MICHAEL McMAHON
CLERK                                          DATE

_Coorerine Lapsley_
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of Summons and Complaint was made by me: | DATE 6/20/08 @ 12:36 PM |
|---|---|
| NAME OF SERVER Tom Frederick S | TITLE Process Sewer |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Person authorized
Name of person with whom the summons and complaint were left: Terry Krapa

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return and Statement of Service Fees is true and correct.

Executed on 6/25/08

Signature of Server
Frederick & Palmer Process Serving, LLC
501 Scarborough Dr. Suite 306 East
English Creek Executive Center
Egg Harbor Twp., NJ 08234
Address of Server