UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 cv 5365

---

FIREMAN'S FUND INSURANCE COMPANY AS SUBROGEE OF EVERGREENE PAINTING STUDIOS, INC.

, Plaintiff(s)

- against -

450 WEST 31ST STREET OWNERS CORP., RENOVATIONS MECHANICAL CONTRACTING INCORPORATED, TCP 11 CONTRACTORS, INC., METROMOTION PRODUCTIONS, INC. AND DAYLIGHT STUDIOS, LLC

, Defendant(s)

---

State of New York    )
                     ) SS.:
County of New York   )

## AFFIDAVIT OF SERVICE

Carlos Pichardo being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 06/23/2008 at 3:25 PM at:
    DAYLIGHT STUDIOS, LLC
    450 WEST 31ST STREET
    8TH FLOOR
    NEW YORK NY 10001
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURRY TRIAL DEMANDED
RULE 7.1 STATEMENT
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
ELECTRONIC CASE FILING RULES & INSTRUCTIONS

on DAYLIGHT STUDIOS, LLC

a domestic and/or foreign corporation
by delivering thereat true copies to Mac. Chanti
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Producer and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 38   HEIGHT: 5'5''   WEIGHT: 180   HAIR: BROWN   RACE: RED   SEX: MALE

SWORN TO BEFORE ME 6/24/08

*Gozales Yariela*
GONZALES YARIELA
Notary Public, State of New York
No #: 01GO6175217
Qualified in Bronx County
Commission Expires 10/09/20 11

*Carlos Pichardo*
Carlos Pichardo   Lic. #1273833

OUR DOC# 21473
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
210275