UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X Case no: 08-CV-5365
FIREMAN'S FUND INSURANCE COMPANY,
As subrogee of Evergreene Painting
Studios, Inc.,

                    Plaintiff(s),

                                        **NOTICE OF APPEARANCE**

     -against-

450 WEST 31ST STREET OWNERS CORP.,
RENOVATIONS MECHANICAL CONTRACTING
INCOPORATED, TPC II CONTRACTORS, INC.
METROMOTION PRODUCTIONS, INC. and
DAYLIGHT STUDIOS, L.L.C.,

                    Defendant(s).
-----------------------------------X

**PLEASE TAKE NOTICE** that Defendant, RENOVATIONS MECHANICAL

CONTRACTING INCORPORATED, hereby appears, and that the

undersigned has been retained as attorney counsel for those

Plaintiffs in this action.

**PLEASE TAKE NOTICE** that the Defendant, RENOVATIONS

MECHANICAL CONTRACTING INCORPORATED, by their attorney, DUSTIN

BOWMAN, ESQ. of counsel to STEVEN ZALEWSKI & ASSOCIATES, P.C.,

demand that you serve all papers in this proceeding upon the

undersigned at the office address stated herein.

Dated:    Kew Gardens, New York
          July 15, 2008

                    Yours, etc.
                    STEVEN ZALEWSKI & ASSOCIATES, P.C.

                    By: Dustin Bowman, Esq.
                    125-10 Queens Boulevard, Suite 218
                    Kew Gardens, New York 11415
                    (718) 263-6800