# STEVEN ZALEWSKI & ASSOCIATES P.C.

*Attorneys At Law*

---

*125-10 Queens Boulevard, Suite 218*  *Tel: (718) 263-6800*
*Kew Gardens, New York 11415*  *Fax: (718) 520-9401*

www.landlord-tenant-lawyer.com
mzlaw2002@yahoo.com

OF COUNSEL TO STEPHEN BILKIS & ASSOCIATES

July 17, 2008

Honorable Colleen McMahon
United States District Judge
United States Court House
500 Pearl Street
New York, New York 10007-1312

By ECF and FIRST CLASS MAIL

  Re: Fireman's Fund Insurance Company, as subrogee of Evergreene Painting Studios, Inc. v. 450 West 31st Street Owners Corp., Renovations Mechanical Contracting Incorporated, TPC II Contractors, Inc. Metromotion Productions, Inc. and Daylight Studios, L.L.C.. (CV-08-5365)

Hon. McMahon:

  I have been retained to represent the Defendant, Renovations Mechanical Contracting Incorporated write on behalf of Defendant, Renovations Mechanical Contracting Incorporated with the consent of Robert William Phelan, Esq. of Cozen O'Connor, the attorney for Plaintiff Fireman's Fund Insurance Company, as subrogee of Evergreene Painting Studios, Inc. Defendant Renovations Mechanical Contracting Incorporated hereby request an extension of time up to and including August 6, 2008.

  This is the first extension requested. As noted above, this request is upon the consent of all other parties to this action. It is unclear when exactly Defendant Renovations Mechanical Contracting Incorporated was served, but upon information and belief such answer would have otherwise been due on July 2, 2008.

           Very truly yours,
           STEVEN ZALEWSKI & ASSOCIATES, P.C.

           By: Dustin Bowman, Esq. (DB5509)

cc: Cozen O'Connor
   45 Broadway Atrium, 16th Floor
   New York, New York 10006
   Attn: Robert William Phelan, Esq.