UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

FIREMAN'S FUND INSURANCE COMPANY,
as subrogee of Evergreene Painting Studios, Inc.
                 Plaintiff,

-against-

450 WEST 31st STREET OWNERS CORP.,
RENOVATIONS MECHANICAL CONTRACTING
INCORPORATED, TPC II CONTRACTORS, INC.,
METROMOTION PRODUCTIONS, INC. and
DAYLIGHT STUDIOS, L.L.C.
                 Defendants.

08 Civ. 5365 (CM) (MHD)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Robert W. Phelan, attorney for Plaintiff Fireman's Fund Insurance Company, as subrogee of Evergreene Painting Studios, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | Matthew F. Noone |
| Firm Name: | Cozen O'Connor |
| Address: | 1900 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | 215-665-2192 |
| Fax Number: | 215-701-2192 |
| E-Mail Address: | mnoone@cozen.com |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF), system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac fee to the Clerk of the Court.

Dated: August 4, 2008
      New York, New York

_____
United States District/Magistrate Judge