UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

——————————————————————X

FIREMAN'S FUND INSURANCE COMPANY,
As subrogee of Evergreene Painting Studios, Inc.

                Plaintiff,

                                    Civil Action Number:
                                    08-cv-5365

  -against-

450 WEST 31ST STREET OWNERS CORP.,        STIPULATION EXTENDING
RENOVATIONS MECHANICAL CONTRACTING     TIME TO ANSWER
INCORPORATED, TPC II CONTRACTORS, INC.,
METROMOTION PRODUCTIONS, INC. and
DAYLIGHT STUDIOS, L.L.C.

                Defendants.
——————————————————————X

IT IS HEREBY STIPULATED, that the time for defendant, 450 WEST 31ST STREET OWNERS CORP., to serve an Answer to the Complaint, to amend or to supplement the Answer as of course, or to make any motion with relation to the Summons or to the Complaint, or to otherwise appear, hereby is extended to and including the **20th day of August, 2008**.

Dated:    Melville, New York
            August 1, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08
```

AUG.05.2008 00:33 6316737073    Case 1:08-cv-05365-CM    Document 13    Filed 08/05/2008    Page 2 of 2    #0639 P.005 /005
                                                                                            212-509-0402            T-656 P.003/003 F-519

AUG.01.2008 02:19 6316737073                                                                #0613 P.005 /005

| SPEYER & PERLBERG, LLP | COZEN O'CONNOR |
|---|---|
| Attorneys for Defendant | Attorneys for Plaintiff |
| 450 WEST 31ST STREET OWNERS CORP. | |

By: _____          By: _____
Gina M. Fortunato, Esq. (GF-7545)        Robert W. Phelan, Esq. (RP-3825)
115 Broadhollow Road Suite 250           45 Broadway Atrium, 16th Floor
Melville, New York 11747                 New York, New York 10006
(631) 673-6670                           (212) 509-9400
File No.: 08- DMP

SO ORDERED

_____  8/5/08
Hon. Judge McMahon