```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X   Case no: 08-CV-5365
FIREMAN'S FUND INSURANCE COMPANY,                      (CM)(MHD)
As subrogee of Evergreene Painting
Studios, Inc.,

                    Plaintiff(s),
                                            RULE 7.1 STATEMENT
        -against-

450 WEST 31ST STREET OWNERS CORP.,
RENOVATIONS MECHANICAL CONTRACTING
INCOPORATED, TPC II CONTRACTORS, INC.
METROMOTION PRODUCTIONS, INC. and
DAYLIGHT STUDIOS, L.L.C.,

                    Defendant(s).
----------------------------------------X
```

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate the possible disqualification or recusal, the undersigned counsel for the Defendant, RENOVATIONS MECHANICAL CONTRACTING INCOPORATED (a private non-governmental party), certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held: NONE.

Dated:     August 6, 2008
           Kew Gardens, New York

                                    Yours etc.,
                                    STEVEN ZALEWSKI & ASSOCIATES, P.C.

                                    By: Dustin Bowman, Esq. (DB5509)
                                    125-10 Queens Boulevard, Suite 218
                                    Kew Gardens, New York 11415
                                    (718) 263-6800

-1-