UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FIREMAN'S FUND INSURANCE
COMPANY, as subrogee of Evergreene
Painting Studios, Inc.
777 San Marin Drive                                       FRCP 7.1 Statement
Novato, CA,
                                 Plaintiff,

       -v-                                              Index No.: 08 CV 5365

450 WEST 31ST STREET OWNERS CORP.
450 West 31st Street
New York, NY 10001

RENOVATIONS MECHANICAL
CONTRACTING INCORPORATED
111 Elmwood Avenue
Langhorne, PA 19047

TPC II CONTRACTORS INC.
140 35TH Street
Brooklyn, NY 11232

METROMOTIONS PRODUCTIONS, INC.
450 West 31st Street, 8th Floor
New York, NY 10001

     -and-

DAYLIGHT STUDIOS, L.L.C.
450 West 31st Street, 8th Floor
New York, NY 10001

                               Defendants.
------------------------------------------------------------------------X

C O U N S E L O R S:

Pursuant to FRCP 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following corporate parents, subsidiaries or affiliates of, DAYLIGHT STUDIOS, L.L.C. and METROMOTIONS PRODUCTIONS, INC.which are publicly held:

**NONE**

LAW OFFICE OF JOHN P. HUMPHREYS

_____
FREDERICK D. SCHMIDT JR. (FDS- 8821    )
Attorneys for Defendants
**METROMOTION PRODUCTIONS**
**and DAYLIGHT STUDIOS, L.L.C.**
485 Lexington Avenue, 7th Floor
New York, NY 10017
(917) 778-6600
Matter No.: 0925653FS

TO:

COZEN O'CONNOR
Plaintiff Counsel
45 Broadway, 10th Floor
New York, NY 10006
(212) 509-9400

450 WEST 31ST STREET OWNERS CORP.
450 West 31st Street
New York, NY 10001

RENOVATIONS MECHANICAL
CONTRACTING INCORPORATED
111 Elmwood Avenue
Langhorne, PA 19047

TPC II CONTRACTORS INC.
140 35TH Street
Brooklyn, NY 11232

STATE OF NEW YORK                                                     AFFIDAVIT OF SERVICE
COUNTY OF NEW YORK                                                         BY MAIL

I, MARIA PIZZO, being duly sworn, deposed and says that deponent is a secretary of the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for one of the parties herein; is over 18 years of age; is not a party to the action. The deponent served the papers noted below by regular mail, the same securely enclosed in the postage paid wrapper in the Letter Box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017; directed to the said attorney(s) at the address indicated below; that being the address within the state designated by said attorney(s) for that purpose, or the place where said attorneys(s) then kept an office, between which places there then was and now is a regular communication by mail as follows:

**Date mailed:**        August 18, 2008

**Papers Served:**   **FRCP 7.1 STATEMENT**

**TO:**

COZEN O'CONNOR
Plaintiff Counsel
45 Broadway, 10th Floor
New York, NY 10006
(212) 509-9400

450 WEST 31ST STREET OWNERS CORP.
450 West 31st Street
New York, NY 10001

RENOVATIONS MECHANICAL
CONTRACTING INCORPORATED
111 Elmwood Avenue
Langhorne, PA 19047

TPC II CONTRACTORS INC.
140 35TH Street
Brooklyn, NY 11232

_____
MARIA PIZZO

Sworn to before me this

18th day of August, 2008

_____
Notary Public

JAY STUART WILD
Notary Public, State of New York
No. 01WI4978093
Qualified in Queens County
Commission Expires 02/25/2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                Index No. : 08 cv 5365

FIRMAN'S FUND INSURANCE COMPANY, AS SUBROGEE OF EVERGREEN PAINTING STUDIOS, INC., 777 SAN MARIN DRIVE, NOVATO, CA

                                                      Plaintiff.

        -against-

450 WEST 31ST STREET OWNERS CORP.
450 West 31st Street, New York, NY 10001

RENOVATIONS MECHANICAL
CONTRACTING INCORPORATED
111 Elmwood Avenue, Langhorne, PA 19047

TPC II CONTRACTORS INC.
140 35TH Street, Brooklyn, NY 11232

METROMOTIONS PRODUCTIONS, INC.
450 West 31st Street, 8th Floor, New York, NY 10001
        -and-

DAYLIGHT STUDIOS, L.L.C.
450 West 31st Street, 8th Floor, New York, NY 10001

                                                      Defendants.

# FRCP 7.1. STATEMENT

Law Office of
**JOHN P. HUMPHREYS**

Attorneys for Defendant
**METROMOTION PRODUCTIONS**
Office & P.O. Address
**485 Lexington Avenue, 7th Floor
New York, New York 10017**

Tel. No.: (917) 778-6600
Fax No.: (917) 778-7020
           (917) 778-7022

Service of a copy of the within                                                       is hereby admitted.

Dated:

**NOTICE OF ENTRY:**

      **PLEASE TAKE NOTICE** that the within is a true copy of an order entered in office of the Clerk of the above Court on the ____ day of _____ 200 .

**NOTICE OF SETTLEMENT:**

      **PLEASE TAKE NOTICE** that the within proposed order will be presented for settlement and entry at the Courthouse on the ____ day of _____ 200 , at 10:00 a.m. at the office of the Clerk of the Part of this Court where the within described motion was heard.

Dated:    New York, New York                                                **Law Office of
JOHN P. HUMPHREYS**
                                                                          Attorneys for Defendant(s)
                                                                          As Designated Above