UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 cv 5365

---

FIREMAN'S FUND INSURANCE COMPANY AS SUBROGEE OF EVERGREENE PAINTING STUDIOS, INC.

, Plaintiff(s)

- against -

450 WEST 31ST STREET OWNERS CORP., RENOVATIONS MECHANICAL CONTRACTING INCORPORATED, TCP 11 CONTRACTORS, INC., METROMOTION PRODUCTIONS, INC. AND DAYLIGHT STUDIOS, LLC

, Defendant(s)

---

State of New York   }
                    } SS.:
County of New York  }

### AFFIDAVIT OF SERVICE

Carlos Pichardo being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 07/01/2008 at 11:15 AM at:
 450 WEST 31ST STREET OWNERS CORP.
 9 E 38TH STREET

 NEW YORK NY 10016
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURY TRIAL DEMANDED
RULE 7.1 STATEMENT
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTAITE JUDGE
ELECTRONIC CASE FILING RULES & INSTRUCTIONS

on 450 WEST 31ST STREET OWNERS CORP.

a domestic and/or foreign corporation
by delivering thereat true copies to Christy Benenati personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Secretary and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 30   HEIGHT: 5'4''   WEIGHT: 125   HAIR: BLACK   RACE: WHITE   SEX: FEMALE

*Carlos Pichardo*
Carlos Pichardo   Lic. #1273833

SWORN TO BEFORE ME 7/16/08

*Gozalo Yariela*

GONZALES YARIELA
Notary Public, State of New York
No #: 01GO6175217
Qualified in Bronx County
Commission Expires 10/09/20 11

OUR DOC# 21466
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
210275