UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

FIREMAN'S FUND INSURANCE COMPANY,                    Civil Action No.:
As subrogee of Evergreene Painting Studios, Inc.      08-CV-5365


                                      Plaintiff,      Judge McMahon
                                                      Magistrate Dolinger


        -against-



450 WEST 31ST STREET OWNERS CORP.,               **RULE 7.1 STATEMENT**
RENOVATIONS MECHANICAL CONTRACTING
INCORPORATED, TPC II CONTRACTORS, INC.,
METROMOTION PRODUCTIONS, INC. and
DAYLIGHT STUDIOS, L.L.C.

                                      Defendants.

-------------------------------------------------------------------------X


        Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule

1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate

possible disqualification or recusal, the undersigned counsel for defendant, 450 West

31st Owners Corp. (incorrectly sued herein as 450 West 31st Street Owners Corp.) (a

non-governmental party), certifies that said defendant does not have any corporate

parents that are publicly held.

Dated:        Melville, New York
                August 25, 2008

                           SPEYER & PERLBERG, LLP
                           Attorneys for Defendant
                           450 WEST 31ST OWNERS CORP.,
                           (incorrectly sued herein as 450 West 31st Street
                           Owners Corp.)

By:                                         
                           Gina M. Fortunato, Esq. (GF-7545)
                           115 Broadhollow Road Suite 250
                           Melville, New York  11747
                           (631) 673-6670
                           File No.:  08-143 DMP

/gmf
S:/dmp/450 West 31st Street/legal/Rule 7.1 Statement.doc

2

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                                ) SS.:
COUNTY OF SUFFOLK   )

        **ANITA MATOS,** being duly sworn deposes and says:

        That deponent is not a party to this action, is over eighteen (18) years of age and resides in Deer Park, New York 11729.  That on the 26th day August, 2008, deponent served the within **RULE 7.1 STATEMENT** upon:

        Robert W. Phelan, Esq.
        Cozen O'Connor
        45 Broadway Atrium, 16th Floor
        New York, NY  10006
        (212) 509-9400

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                             _____
                                                 **ANITA MATOS**

Sworn to before me this
26th day of August, 2008

_____
**NOTARY PUBLIC**

GINA M. FORTUNATO
Notary Public, State of New York
No. 02FO5078486
Qualified in Suffolk County
Commission Expires May 27 2011